| | |
|---|---|
| CONOR ACQUISITIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 14-4023 |
| ) | |
| vs. ) | PLAINTIFF'S RULE |
| ) | 7.1 DISCLOSURE |
| CHOA HOPE, LLC, D/B/A CHOA HOPE ) | STATEMENT |
| CALIFORNIA, LLC., ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT

As required by LR 7.1, Plaintiff Conor Acquisitions, LLC provides the following information to the Court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case*:

None, no artificial entities are either related to the Plaintiff Conor Acquisitions, LLC as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Conor's outcome in the case

(b) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Not applicable.

Dated: April 8, 2014.

                        HEIDMAN LAW FIRM, L.L.P.

BY:    /s/ Jeff W. Wright
           JEFF W. WRIGHT, AT0008716
           1128 Historic 4th Street
           P.O. Box 3086
           Sioux City, Iowa 51102
           Telephone: (712) 255-8838
           Facsimile: (712) 258-6714
           E-Mail: Jeff.Wright@heidmanlaw.com
           ATTORNEYS FOR PLAINTIFF