UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| CONOR ACQUISITIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 14-4023 |
| | ) |
| vs. | ) NOTICE OF DISMISSAL |
| | ) WITH PREJUDICE |
| CHOA HOPE, LLC, D/B/A CHOA HOPE CALIFORNIA, LLC., | ) |
| | ) |
| Defendants. | ) |

COMES NOW Plaintiff, Conor Acquisitions, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1) and hereby gives notice of its dismissal of all claims against Defendant Choa Hope, LLC, d/b/a Choa Hope California, LLC, with prejudice. The parties will bear their own attorney's fees, costs and expenses.

Plaintiff respectfully requests that the Court issue an Order dismissing all claims against Defendant Choa Hope, LLC, d/b/a Choa Hope California, LLC, with prejudice.

HEIDMAN LAW FIRM, L.L.P.

BY: _____
JEFF W. WRIGHT AT0008716
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, Iowa 51102
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
E-mail: Jeff.Wright@heidmanlaw.com

ATTORNEYS FOR PLAINTIFF